UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                  Case No. 20-CV-594

APPROXIMATELY $18,700.04 IN UNITED
STATES CURRENCY FROM INCOMM, and

APPROXIMATELY $2,776.72 IN UNITED
STATES CURRENCY,

      Defendants.

---

## NOTICE OF COMPLAINT FOR CIVIL FORFEITURE OF PROPERTY

---

To:    Nadiya Pavulyak
        5005 S. Greenbrook Terrace, #6101
        Greenfield, WI 53220

Notice is Hereby Given that:

      1.      A complaint for Civil Forfeiture *in rem* has been filed in the United States District Court for the Eastern District of Wisconsin on the 13th day of April, 2020, by the United States Attorney for the Eastern District of Wisconsin, against the above-named defendant properties.

      2.      The Complaint for Civil Forfeiture *in rem* (copy attached) seeks the forfeiture of the above-named defendant properties under 18 U.S.C. §§ 981(a)(1)(A) and (C), including cross-references to 18 U.S.C. §§ 1956(c)(7) and 1961(1), because they constitute proceeds traceable to both wire fraud and access device fraud offenses, committed in violation of 18 U.S.C. §§ 1343 and 1029, respectively, and were also "involved in" a money laundering conspiracy, committed in violation 18 U.S.C. § 1956(h).

3. Any claimant of, in, or to the defendant properties must file a verified claim meeting the requirements of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202 within thirty-five (35) days of the date of this notice, or within such additional time as may be allowed by the Court, and must serve an answer to the Complaint within twenty-one (21) days of filing the claim.

4. Any claimant of, in, or to the defendant properties is directed to serve a copy of the claim and any pleadings filed, upon the United States Attorney for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202, Attention AUSA Scott J. Campbell.

Executed and sent this 14th day of April, 2020, at Milwaukee, Wisconsin.

MATTHEW D. KRUEGER
United States Attorney

By:

 s/SCOTT J. CAMPBELL
SCOTT J. CAMPBELL
Assistant United States Attorney
Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov