# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>APPROXIMATELY $18,700.04 U.S. CURRENCY and APPROXIMATELY $2,776.72 U.S. CURRENCY,<br><br>        Defendants. | Case No. 20-CV-594-JPS<br><br>**DEFAULT JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the United States' motion for default judgment (Docket #15) be and the same is hereby **GRANTED**;

   **IT IS FURTHER ORDERED AND ADJUDGED** that the following defendant properties be and the same are hereby **FORFEITED** to the United States of America and that no right, title, or interest in the defendant properties shall exist in any other party:

   A.  Approximately $18,700.04 in United States currency;

   B.  Approximately $2,776.72 in United States currency; and

   **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

| August 28, 2020 | *s/ Jodi L. Malek* |
|---|---|
| Date | By: Deputy Clerk |